# Exhibit A

Michael D. Mortenson, State Bar No. 247758
  mmortenson@mortensontaggart.com
Craig A. Taggart, State Bar No. 239168
  ctaggart@mortensontaggart.com
Patricia H. Jun, State Bar No. 277461
  pjun@mortensontaggart.com
**MORTENSON TAGGART ADAMS LLP**
300 Spectrum Center Drive, Suite 1200
Irvine, California 92618
Telephone: (949) 774-2224
Facsimile: (949) 774-2545

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JERRY A. GUZZETTA and LYNN GUZZETTA,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,,<br><br>Defendant. | CASE NO. 2:21-cv-09151-MEMF-PVC<br>*Hon. Maame Ewusi-Mensah Frimpong*<br>*Magistrate: Hon. Pedro V. Castillo*<br><br>**DEFENDANT FORD MOTOR COMPANY'S AMENDED OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**<br><br>Complaint Filed: June 30, 2021<br>Trial Date: January 8, 2024 |

**TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

Defendant Ford Motor Company ("Ford") hereby offers to allow entry of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows:

1. Ford will pay to Jerry A. Guzzetta and Lynn Guzzetta ("Plaintiffs") the sum of $82,000.00 concerning Plaintiffs' 2019 Ford F-150, vehicle identification number 1FTEW1CPXKKC03763. Ford will pay this amount to Plaintiffs and Plaintiffs' counsel of record, Strategic Legal Practices, APC, within thirty (30) days from acceptance of this Offer.

2. As part of this Offer, Ford offers to permit judgment to be entered solely upon the terms of paragraph 1, and Plaintiffs shall retain the right to petition the Court for an award of reasonably and actually incurred attorney fees and costs recoverable pursuant to California Civil Code Section 1794(d).  In ruling on Plaintiffs' fee/cost motion(s), the attorney fees, expenses and costs shall be calculated as if Plaintiffs were found to have prevailed in this action under section 1794(d) of the California Civil Code.  Plaintiffs may recover for attorney fees and costs reasonably and actually incurred in bringing such a fee/cost motion(s).  Ford expressly reserves all defenses to Plaintiffs' fee/costs motion(s).  Ford will pay the attorney fees and cost amounts determined by the Court within 60 days' written notice of entry of the Court's ruling awarding these amounts.

3. Ford will waive all claims it may have for costs and fees in this action.

4. Plaintiffs will file a Stipulation of Dismissal, with prejudice as to all claims and causes of action, when the Plaintiffs' attorney fees discussed in paragraph 2 have been resolved and within 14 days after Ford tenders the final amounts due to Plaintiffs and Plaintiffs' counsel.  Plaintiffs are not required to execute any separate release of claims.

5. This Offer is inclusive of all damages, restitution, costs, attorney fees, expenses, penalties, prejudgment interest, post-judgment interest, and any other sums or amounts or claims that have been asserted by Plaintiffs in this action.  If this Offer

is accepted, Plaintiffs shall not be entitled, except as specified in paragraphs 1 and 2, to seek damages, costs, attorney fees, expenses, penalties, prejudgment interest, post-judgment interest, or any other sums or amounts or claims in this action.

6. Pursuant to Federal Rules of Civil Procedure Rule 68, this Offer can be accepted by signing a statement that the offer is accepted. Set forth below is a statement indicating acceptance of this Offer that may be signed by counsel for Plaintiffs.

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 68, if this Offer is not accepted and Plaintiffs fail to obtain a more favorable judgment, Plaintiffs shall not recover post-offer costs, including attorney fees from the date of this Offer, and shall be required to pay Ford's costs from the time of the offer. Further, the Court, in its discretion, may require Plaintiffs to pay a reasonable sum to cover Ford's post-offer costs of the services of Ford's expert witnesses, who are not regular employees of any party, actually incurred and reasonably necessary in either, or both, the preparation or trial of this case by Ford.

DATED: July 26, 2023    MORTENSON TAGGART ADAMS LLP

By: _____
Michael M. Mortenson
Craig A. Taggart
Patricia H. Jun
Attorneys for Defendant
FORD MOTOR COMPANY

We hereby accept the above offer on the terms stated on behalf of Plaintiffs.

DATED: August 3, 2023    STRATEGIC LEGAL PRACTICES, APC

By: _____
Tionna Dolin
Attorney for Plaintiffs
JERRY A. GUZZETTA and LYNN GUZZETTA

# CERTIFICATE OF SERVICE

I, Kaelyn Thurmond, hereby certify that on July 26, 2023, I caused a copy of:

**DEFENDANT FORD MOTOR COMPANY'S AMENDED OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

to be sent to the person(s) at the electronic address(es) listed below pursuant to an agreement of the parties to accept service by electronic transmission:

Tionna Dolin
STRATEGIC LEGAL PRACTICES
1888 Century Park East
19th Floor
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838
tdolin@slpattorney.com
emailservices@slpattorney.com

ATTORNEY FOR PLAINTIFFS

Executed on July 26, 2023, at Irvine, California.

*Kaelyn Thurmond*
Kaelyn Thurmond