**JS-6**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JERRY A. GUZZETTA and LYNN GUZZETTA

PLAINTIFF

v.

FORD MOTOR COMPANY; and DOES 1 through 10, inclusive

DEFENDANT

CASE NUMBER:

2:21-cv-09151-MEMF-PVCx

**JUDGMENT**

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on     August 4, 2023 as docket number 64_____ (the "Offer of Judgment"), judgment is hereby entered for

Plaintiffs Jerry A. Guzzetta and Lynn Guzzetta

and against

Defendant Ford Motor Company

according to the terms set forth in the Offer of Judgment.

Date:     August 25, 2023

By: MAAME EWUSI-MENSAH FRIMPONG

United States District Judge